IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RANDY L. SCOTT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 3:12-cv-00434-HEH |
| | ) |
| ELLIOTT B. BENDER et al. | ) |
| | ) |
| | ) |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

The Plaintiff in this cause, by counsel, hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) that this cause is dismissed without prejudice. There have been no previous federal or state court actions based on or including the same claims and the defendant in this cause has not served either an answer or a motion for summary judgment.

RANDY L. SCOTT

By: /s/W. R. Baldwin, III
Of Counsel

W. R. Baldwin, III (VSB #16988)
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA 23226
Telephone: (804) 285-3888
Facsimile: (804) 285-7779
billbaldwin@comcast.net
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

n/a

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

>Elliott B. Bender
>Elliott B. Bender, PLLC
>Six West Broad Street
>Richmond, VA  23220

>_____/s/ W. R. Baldwin, III_____
>W. R. Baldwin, III
>Virginia Bar number 16988
>Attorney for Randy L. Scott
>Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
>5600 Grove Avenue
>Richmond, VA  23226
>Telephone:  (804) 285-3888
>Facsimile: (804) 285-7779
>billbaldwin@comcast.net