UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RANDY L. SCOTT,

    Plaintiff,

v.                                   Case No. 3:12cv00434-HEH

ELLIOTT B. BENDER
AND
ELLIOTT B. BENDER, PLLC,

    Defendants.

### ELLIOTT B. BENDER, PLLC'S FINANCIAL DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Civ. R. 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Elliott B. Bender, PLLC certifies as follows:

Elliott B. Bender, PLLC is a privately owned professional limited liability company. Elliott B. Bender, PLLC has no parents, subsidiaries or affiliate entities that have issued stock or debt securities to the public. No publicly owned corporation holds 10% or more of an ownership interest in Elliott B. Bender, PLLC. The Sole Member of Elliott B. Bender, PLLC is Elliott B. Bender.

DATED: July 9, 2012                   Respectfully submitted,

                                                  SANDS ANDERSON PC

                                                  /s/ Andrew Biondi
                                                  Andrew Biondi (VSB No. 48100)
                                                  abiondi@sandsanderson.com
                                                  1111 East Main Street, Suite 2400
                                                  Richmond, Virginia 23219
                                                  (804) 648-1636
                                                  (804) 783-7291 (fax)
                                                  **Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2012, , 1 electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>William Ray Baldwin, III, Esquie
>Marchant Thorsen Honey
>Baldwin & Meyer LLP
>5600 Grove Avenue
>Richmond, Virginia 23226-2102

>      /s/
>_____
>Andrew Biondi (VSB #48100)
>SANDS ANDERSON PC
>2400 Bank of America Center
>1111 East Main Street (23219)
>P. O. Box 1998
>Richmond, Virginia 23218-1998
>Telephone: (804) 648-1636
>Facsimile: (804) 783-7291
>E-mail: abiondi@sandsanderson.com
>*Counsel for Elliott B. Bender and*
>*Elliott B. Bender, PLLC*