IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| RANDY L. SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:12CV434–HEH |
| ELLIOTT B. BENDER, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing appropriate to do so, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 9, 2012
Richmond, VA